IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BOBBI M. SANDERS, )
)
    Plaintiff, )
)
    vs. ) CIVIL NO. 18-cv-2130-DGW[1]
)
COMMISSIONER of SOCIAL SECURITY, )
)
    Defendant. )

## MEMORANDUM AND ORDER

**WILKERSON, Magistrate Judge:**

Before the Court is the parties' Agreed Motion for Remand to the Commissioner. **(Doc. 27)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will: (1) provide the claimant with the opportunity for a new hearing; (2) reassess, with the assistance

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Docs. 9, 24.

1

of a medical expert, if available, the nature and severity of Plaintiff's impairments; (3) reevaluate medical opinions of record, including that of Dr. Klug; (4) reconsider Plaintiff's symptoms; (5) reassess Plaintiff's residual functional capacity and proceed with the sequential evaluation, as necessary; and (6) issue a new decision."

Plaintiff applied for disability benefits in July 2014. (Tr. 56). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion for Remand to the Commissioner **(Doc. 27)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: June 21, 2019.**

*Donald Wilkerson* (signature)

**DONALD G. WILKERSON**
**UNITED STATES MAGISTRATE JUDGE**